FILED
2008 APR 30 PM 3:27
CLERK US ...
SOUTHERN DIST...
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RIGOBERTO SOSA-GARCIA,<br>   aka Nicandro Sosa-Garcia,<br><br>            Defendant. | Criminal Case No. 08 CR 1360 BEN<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about April 5, 2008, within the Southern District of California, defendant RIGOBERTO SOSA-GARCIA, aka Nicandro Sosa-Garcia, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WMC:fer:San Diego
4/28/08

It is further alleged that defendant RIGOBERTO SOSA-GARCIA, aka Nicandro Sosa-Garcia, was removed from the United States subsequent to January 9, 2002.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney