1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Facsimile: (619) 544-1473
4  Telephone: (619) 544-1451

5  Attorneys for Defendant **Sosa**

6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9                       (HON. ROGER T. BENITEZ)

10 | UNITED STATES OF AMERICA,      )   Criminal Case No. 08-CR-1360-BEN
                                    )
11 |         Plaintiff,             )   Date: June 23, 2008
                                    )   Time: 2:00 p.m.
12 |    v.                          )
                                    )   **DEFENDANT'S NOTICE OF MOTIONS**
13 | **RIGOBERTO SOSA PADILLA**,    )   **AND MOTIONS TO:**
                                    )   **1) COMPEL DISCOVERY; AND**
14 |         Defendant.             )   **2) GRANT LEAVE TO FILE**
                                    )       **FURTHER MOTIONS**
15 |_____)

16 TO:  KAREN HEWITT, UNITED STATES ATTORNEY; and
        LOUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY
17
        PLEASE TAKE NOTICE that on Monday, June 23, 2008, at 2:00 p.m., or as soon
18
   thereafter as counsel may be heard, the defendant, Rigoberto Sosa Padillla, by and through his
19
   counsel Debra A. DiIorio, will move this Court to compel discovery and grant leave to file
20
   further motions after discovery is complete.
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

**MOTIONS**

The defendant, Rigoberto Sosa Padilla, by and through his counsel Debra A. DiIorio, pursuant to Fed. R. Crim. P. 12, 16 and 26.2 and the First, Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to compel discovery and grant leave to file further motions after discovery is complete.

These motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: June 23, 2008

/s/ Debra A. DiIorio
**DEBRA A. DiIORIO**
Attorney for Defendant **Sosa**