1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Sosa Padilla

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE ROGER T. BENITEZ)

10 UNITED STATES OF AMERICA,       )   Criminal Case No. 08-1360-BEN
                                   )
11          Plaintiff,              )
                                   )
12     v.                           )
                                   )   **JOINT MOTION TO CONTINUE**
13 **RIGOBERTO SOSA PADILLA**      )   **MOTION HEARING**
            Defendant.              )
14 _____)

15

16      IT IS HEREBY REQUESTED by the parties in the case, defendant Rigoberto Sosa

17 Padilla, by and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's

18 Office, by and through Assistant United States Attorney LUELLA CALDITO, that the

19 motion hearing in the above-entitled case, scheduled for June 23, 2008 at 2:00 p.m., be

20 continued until August 25, 2008, at 2:00 p.m. The parties further agree that the time between

21 June 23, 2008 until August 24, 2008, is excludable under the Speedy Trial Act since there are

22 pending motions.

23      Mr. Sosa Padilla is in custody.

24      A proposed order with respect to this joint motion is being submitted directly to the

25 court.

26 //

27 //

28 //

1
2
3   Date:  June 18, 2008                    s/Luella Caldito
                                            **LUELLA CALDITO**
4                                           Assistant United States Attorney
5
    Date:  June 18, 2008                    s/. Debra A. DiIorio
6                                           **DEBRA A. DiIORIO**
                                            **DiIorio & Hall, APC**
7                                           Attorneys for Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1 **DEBRA A. DiIORIO**
California Bar No. 138018
2 **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3 San Diego, California  92101
Telephone: (619) 544-1451
4 Facsimile: (619) 544-1473

5 Attorneys for Defendant Sosa Padilla

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (HONORABLE ROGER T. BENITEZ)

10 UNITED STATES OF AMERICA,           )   Criminal Case No. 08-1360-BEN
                                      )
11                  Plaintiff,         )
                                      )
12           v.                        )
                                      )   **CERTIFICATE OF SERVICE**
13 **RIGOBERTO SOSA PADILLA,**         )
                  Defendant.           )
14 _____    )

15      IT IS HEREBY CERTIFIED THAT:

16      I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

18      I am not a party to the above-entitled action.  I have caused service of the Joint Motion to Continue Motion Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

20

21      Judge Roger T. Benitez efile_Benitez@casd.uscourts.gov

22      Assistant United States Attorney Luella.Caldito@usdoj.gov

23      I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on June 18, 2008.

25
                                      /s/   Debra A. DiIorio
26                                    DEBRA A. DiIORIO

27

28

3